UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
AMANIE RILEY, :
*on behalf of herself and all others similarly* :
*situated*, :
: 24-CV-3662 (VSB)
Plaintiff, :
: **ORDER**
-against- :
:
BOSTON PROPER, LLC, :
:
Defendant. :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      On July 24, 2024, I extended the time for Defendant to respond to Plaintiff's complaint to August 8, 2024. (Doc. 11.) To date, however, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than August 26, 2024. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 12, 2024
            New York, New York

                                                                          _____
                                                                       VERNON S. BRODERICK
                                                                       United States District Judge